```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                     EASTERN DIVISION
```

ANTHONY JEROME EDWARDS                                    PLAINTIFF

VS.                                        CIVIL ACTION NO. 4:05CV130LS

LARRY GREER, ROBERT MOREY,
SHIRLEY R. ENTERKIN, FAYE NOEL,
CHRISTOPHER EPPS, SANDRA ATWOOD,
MICHELLE BOYD and AMY SIMMONS                            DEFENDANTS

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause on or about September 28,2006, and the court, after a full review of the record, having adopted said Report and Recommendation as the finding of this court by order dated this day, finds that this matter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the 20th day of October, 2006.

/S/ TOM S. LEE
UNITED STATES DISTRICT JUDGE